# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| JOHN KARCZEWSKI, | Case No.: 14cv2701-MMA (WVG) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION AND DISMISSING ACTION** |
| v. | |
| K MOTORS, INC., | |
| Defendant. | [Doc. No. 54] |

Pursuant to the joint motion of the parties and Federal Rule of Civil Procedure 41(a)(1), the Court **DISMISSES** this action with prejudice. Each party is to bear their own attorneys' fees and costs. The Court **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED**.

DATE: October 28, 2019

HON. MICHAEL M. ANELLO
United States District Judge